# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 3, 2020

## NO. 03-19-00460-CV

### In the Matter of X. J.

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order adjudicating delinquency and disposition signed by the trial court on May 17, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order adjudicating delinquency and disposition. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.